UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL DAVIS, | ) | |
| Petitioner, | ) | 2:12-cv-00984-JCM-PAL |
| vs. | ) | **ORDER** |
| D.W. NEVEN, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for a first extension of time in which to file an answer/responsive pleading to the petition for a writ of habeas corpus. (ECF No. 4). Respondents seek a 30-day enlargement of time, up to and including December 13, 2012, to file an answer or other responsive pleading. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer or responsive pleading (ECF No. 4) is **GRANTED.** The answer/responsive pleading shall be filed on or before **December 13, 2012.**

Dated this  13th  day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE